CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
November 19, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:21CR00024-003 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GEORGE L. BUCKLES,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| | ) | |
| Defendant. | ) | |

The Magistrate Judge has submitted a Report and Recommendation in regard to Defendant's Motion to Remit or Set Aside Bond Forfeiture. No objection to the Report and Recommendation having been timely filed, it is **ORDERED** as follows:

1. The Report and Recommendation, Dkt. No. 1333, is ACCEPTED;

2. Defendant's Motion to Remit or Set Aside Bond Forfeiture, Dkt. No. 1320, is GRANTED IN PART AND DENIED IN PART; and

3. The bond forfeiture pursuant to Federal Rule of Criminal Procedure 46(f)(2) is REMITTED from the sum of $5,000.00 to the sum of $2,500.00.

ENTER: November 19, 2026

/s/ JAMES P. JONES
Senior United States District Judge